

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2015

Nos. 04-14-00548-CR & 04-14-00549-CR

Leopoldo **CORTEZ-LEIJA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court Nos. 5437 & 5438
Honorable N. Keith Williams, Judge Presiding

# O R D E R

On January 26, 2015, appellant filed a motion to consolidate Appeal No. 04-14-00548-CR and Appeal No. 04-14-00549-CR. Appellant served the State with a copy of the motion, and the State has not objected. We agree that, in the interest of efficient administration, these two appeals should be consolidated for purposes of briefing and argument.

We, therefore, ORDER Appeal Nos. 04-14-00548-CR and 04-14-00549-CR consolidated for purposes of briefing and argument on appeal. The parties must file motions, briefs, and other pleadings as if the appeals were one but put both appeal numbers in the style of the case. However, a record must be filed in each appeal, the record in each case will remain separate and, if supplementation of the record becomes necessary, the supplemental material must be filed in the appeal to which it applies. The cases must be argued together in one brief, as in a single appeal, and if oral argument is requested and granted, the entire case must be argued as a single appeal, with the total time limit for each party equal to the ordinary time limit for a single appeal. The court will dispose of the appeals with the same judgment, opinion, and mandate. This order does not extend the briefing schedule.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court